UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEPHEN HOPKINS | * | CIVIL ACTION |
| VERSUS | * | NO. |
| MURPHY EXPLORATION & PRODUCTION COMPANY-USA | * | SECTION: |
| | * | MAGISTRATE: |

**COMPLAINT**

The complaint of **STEPHEN HOPKINS**, a person of the full age of majority, and a resident of the State of Mississippi, with respects represents:

I.

Defendant, **MURPHY EXPLORATION & PRODUCTION COMPANY-USA**, (hereinafter **"MURPHY"**), a foreign corporation doing business within the State of Louisiana and within the jurisdiction of this Honorable Court, is indebted unto plaintiff for all damages to which he is entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

II.

Jurisdiction of this court is based upon Federal Question, the Outer Continental Shelf Lands Act, 43 U.S.C. §1349, and Diversity.

III.

On or about January 3, 2011, **STEPHEN HOPKINS** was employed by Trinity Catering, Inc. as a galley hand.

IV.

As part of his employment with Trinity Catering Inc.**STEPHEN HOPKINS** was assigned to perform work for his employer aboard the **MURPHY MEDUSA,** also known as MC-582, a fixed offshore platform owned, manned and operated by defendant, **MURPHY** in Mississippi Canyon Block 538-532.

V.

The **SPAR MURPHY MEDUSA** was at all material times located on the Outer Continental Shelf of the United States and deemed an artificial island of the State of Louisiana. The location of the platform in question was Mississippi Canyon Block 538-532.

VI.

On or about January 3, 2011, plaintiff **STEPHEN HOPKINS** experienced an accident which resulted in serious painful injuries to his back and other parts of his body while employed by Trinity Catering, Inc. and engaged in the course and scope of his employment aboard defendant's **SPAR MURPHY MEDUSA** platform in Mississippi Canyon Block 538-532.

VII.

Upon information and belief, plaintiff alleges that the sole and proximate cause of the above described accident was the negligence of **MURPHY** in the following, non-exclusive respects:

a) Failure to provide plaintiff with safe and efficient means for the performance of the work in question;
b) Failure to provide plaintiff with a safe place in which to work;
c) Failure to properly maintain, and repair defendant's platform;
d) Failure to correct a known dangerous condition;
e) Failure to comply with OCS regulations regarding the safety of the platform; and

f) Other acts of neglect, fault, omission, or commission which will be shown at the trial of this matter.

VII.

As a direct result of the negligence defendant, plaintiff, **STEPHEN HOPKINS,** is entitled to recover from the defendant reasonable and just compensatory, special, and general damages as prayed for herein and to be awarded by this Honorable Court in the following non-exclusive respects:

a) Past, present, and future physical, mental, and emotional pain and suffering;
b) Past, present, and future loss of wages, fringe benefits, and wage earning capacity;
c) Past and future physical disability;
d) Past, present, and future medical expenses; and
e) All other special and general damages as will be shown at the trial of this matter.

IX.

Plaintiff specifically pleads the doctrines of strict and/or absolute liability herein against defendant, **MURPHY**, as a result of violation of safety regulations and statutes designed to protect a class of persons of which plaintiff is a member.

X.

Plaintiff prays for a trial by jury on all issues raised herein.

WHEREFORE, plaintiff prays that defendant **MURPHY EXPLORATION & PRODUCTION COMPANY-USA** be duly cited to appear and answer this complaint and after the legal delays and due proceedings had, there be judgment herein in favor of the plaintiff, **STEPHEN HOPKINS**, and against the defendant, **MURPHY EXPLORATION & PRODUCTION COMPANY-USA,** for all damages to which the plaintiff is entitled to recover for the reasons set forth herein, together with legal interest thereon from date of judicial demand until paid, for payment of all costs, including expert fees, and for all other general and equitable relief.

Respectfully submitted,

*s/Jason C. MacFetters*
TIMOTHY J. YOUNG (22677)
JASON C. MACFETTERS (29617)
REBECCA A. COMAN (28845)
The Young Firm
400 Poydras Street, Suite 2090
New Orleans, Louisiana 70130
Telephone (504) 680-4100
Facsimile (504) 690-4101