UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STEPHEN HOPKINS                             CIVIL ACTION

VERSUS                                      NO: 11-2968

MURPHY OIL AND EXPLORATION                  SECTION: "A" (4)
CO.-USA

**ORDER AND REASONS**

Before the Court is a **Motion for Partial Summary Judgment (Rec. Doc. 17)** filed by defendant Murphy Exploration & Production Co.-USA. Plaintiff Stephen Hopkins has not filed a formal opposition to the motion. The motion, set for hearing on July 18, 2012, is before the Court on the briefs without oral argument.

Murphy moves for summary judgment dismissing Plaintiff's claims against it pursuant to the Jones Act and general maritime law based on the contention that the MEDUSA, the production platform upon which Plaintiff allegedly sustained his injury, is not a vessel. Murphy owned and operated the platform. Plaintiff's employer was Trinity Catering.

Plaintiff filed this lawsuit against Murphy alleging that the MEDUSA was a fixed platform located on the Outer Continental Shelf and invoking jurisdiction under the Outer Continental Shelf

1

Lands Act.[1] (Rec. Doc. 1, ¶¶ II & V). The claims against Murphy are grounded solely in negligence and no claims are made under either the Jones Act or general maritime law. The claims against Murphy will be governed by state law. See Hufnagel v. Omega Serv. Indus., Inc., 182 F.3d 340 (5th Cir. 1999). Thus, Plaintiff currently has no pending claims against Murphy that turn on vessel status.

Plaintiff did attempt to amend his complaint to add Jones Act and general maritime law claims but the magistrate judge correctly denied that request. (Rec. Doc. 21). Therefore, Murphy's motion for partial summary judgment, which it filed after Plaintiff's ill-fated attempt to amend his complaint, is now moot.

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that the **Motion for Partial Summary Judgment (Rec. Doc. 17)** filed by defendant Murphy Exploration & Production Co.-USA. is **DENIED AS MOOT.**

August 1, 2012

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff also attempts to invoke diversity jurisdiction but the allegations of the complaint do not demonstrate diversity jurisdiction, even if it does in fact exist.